```
                    CLERK'S OFFICE U.S. DIST. COURT
                           AT ROANOKE, VA
                                FILED
     IN THE UNITED STATES DISTRICT COURT
     FOR THE WESTERN DISTRICT OF VIRGINIA        NOV 0 2 2005
              ROANOKE DIVISION
                                                 JOHN F. CORCORAN, CLERK
                                                 BY:  /s/ L. Craft
                                                      DEPUTY CLERK
```

| | |
|---|---|
| **JESSE JAMES WEST,** ) | |
| Petitioner, ) | Civil Action No. 7:05CV00~~485~~ 653 |
| ) | |
| ) | **DISMISSAL ORDER** |
| ) | |
| **ROBERT CLEMENT,** ) | By: Samuel G. Wilson |
| Respondent. ) | United States District Judge |

In accordance with the memorandum opinion entered this day, it is hereby **ORDERED** and **ADJUDGED** that the above-captioned suit is dismissed without prejudice. This action is stricken from the active docket of the court.

The clerk is directed to send certified copies of this order and the accompanying memorandum opinion to the petitioner and counsel for the respondent.

**ENTER**: This 2nd day of November, 2005.

/s/ Samuel G. Wilson

UNITED STATES DISTRICT JUDGE

(7)