CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

NOV 0 2 2005

JOHN F. CORCORAN, CLERK
BY:
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ROANOKE DIVISION

| | | |
|---|---|---|
| **JESSE JAMES WEST,** | ) | |
| **Petitioner,** | ) | Civil Action No. 7:05CV00485 653 |
| | ) | |
| | ) | **DISMISSAL ORDER** |
| | ) | |
| **ROBERT CLEMENT,** | ) | By: Samuel G. Wilson |
| **Respondent.** | ) | United States District Judge |

In accordance with the memorandum opinion entered this day, it is hereby **ORDERED** and **ADJUDGED** that the above-captioned suit is dismissed without prejudice. This action is stricken from the active docket of the court.

The clerk is directed to send certified copies of this order and the accompanying memorandum opinion to the petitioner and counsel for the respondent.

**ENTER:** This 2nd day of November, 2005.

_____
UNITED STATES DISTRICT JUDGE

7